United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 7, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 03-60992
_____

ALBERT STRANGI, Deceased, Rosalie Gulig, Independent
Executrix,

Petitioner - Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

---------------------
Petition for Review of an Order of the
Internal Revenue Service (Tax Ct)
---------------------

**ON PETITION FOR REHEARING**

Before REAVLEY, JOLLY, and PRADO, Circuit Judges.

PER CURIAM:

   IT IS ORDERED that the unopposed petition for rehearing is
GRANTED.  This case is REMANDED to the Tax Court for the limited
purpose of determining allowable administrative expenses, including
attorney's fees.